UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRESNEL FRANCOIS WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>MEGAN HAMEL, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:25-CV-5066-TL-DWC<br><br>ORDER TO SHOW CAUSE |

The District Court has referred this action filed pursuant to 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Fresnel Francois Williams, proceeding *pro se*, initiated this action on January 24, 2025, by filing an application to proceed *in forma pauperis* ("IFP"), a proposed civil rights complaint, and a letter requesting additional time to obtain a copy of his prison trust account statement. Dkts. 1, 1-1, 1-2. Plaintiff did not pay the $405.00 filing fee at that time. Thus, the Clerk of Court notified Plaintiff that his failure to pay the filing fee or submit a completed IFP application with a copy of his prison trust account statement by February 27, 2025, could result in dismissal of his action. Dkt. 2. That deadline has elapsed with no filing fee or completed IFP application received from Plaintiff, who instead filed

ORDER TO SHOW CAUSE - 1

an additional letter addressed to the Clerk of Court discussing continued difficulties in obtaining a copy of his prison trust account statement. Dkt. 4.

Accordingly, if Plaintiff intends to proceed in this action, he must on or before April 10, 2025, file:

(1) a certified copy of his prison trust account statement; or

(2) if Plaintiff is unable to file a certified copy of his prison trust account statement, he must file a sworn declaration and supporting evidence detailing the efforts he has taken to obtain a certified copy of his prison trust account statement and the outcome of those efforts.

If Plaintiff fails to respond to this order by the stated deadline, the undersigned will recommend this action be dismissed for failure to pay the filing fee and for failure to comply with a court order.

Dated this 11th day of March, 2025.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2