UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRESNEL FRANCOIS WILLIAMS,

           Plaintiff,

   v.

MEGAN HAMEL et al.,

           Defendants.

CASE NO. 3:25-cv-05066-TL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff has failed to pay the filing fee, cure his initial filing deficiencies, and comply with a court order regarding the same. This action is therefore dismissed without prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 7th day of May, 2025.

Tana Lin
United States District Judge